# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. BRUCE, | Case No. EDCV 10-2015-JVS (DTB) |
| Petitioner, | |
| vs. | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| RAUL LOPEZ, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

The Court notes that in his Response to Report and Recommendation of United States Magistrate Judge (p. 2), Petitioner contends that his first attempt to seek a collateral review in state court occurred in "March/April 2005." However, this would not change the result. To secure the benefit of statutory tolling, he would have had to initiate his state habeas petition before AEDPA's one-year statute of limitation

1

expired. The one-year period expired on May 9, 2004. Thus, his petition would be time-barred even if one assumes that he first sought collateral relief in state court in 2005 rather than 2007.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

Dated: May 17, 2011

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE