

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY D. BRUCE, | ) Case No. EDCV 10-2015-JVS (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| RAUL LOPEZ, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: _____5 . 17 . 11_____

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1